1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                         CENTRAL DISTRICT OF CALIFORNIA

10

11   TERESA MATA,                        )    NO. CV 08-1290-MAN
                                         )
12              Plaintiff,               )
                                         )    JUDGMENT
13        v.                             )
                                         )
14   MICHAEL J. ASTRUE,                   )
     Commissioner of the                 )
15   Social Security Administration,     )
                                         )
16              Defendant.               )
     _____)

17

18        Pursuant to the Court's Memorandum Opinion and Order,

19

20        IT IS ADJUDGED that the decision of the Commissioner of the Social

21   Security Administration is reversed, and the cause is remanded for

22   further proceedings consistent with the provisions of the Memorandum

23   Opinion and Order.

24

25   DATED: May 26, 2009

26                                          _____
                                                         /s/
                                             MARGARET A. NAGLE
27                                      UNITED STATES MAGISTRATE JUDGE

28